## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| NEVADA SITE SCIENCE SUPPORT AND TECHNOLOGIES CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-1118C |
| v. | ) ) ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) ) ) | |
| Defendant, | ) | |

## JOINT MOTION TO DISMISS

Based on the representations below concerning corrective action, plaintiff, Nevada Site Science Support and Technologies Corporation (NVS3T) joins defendant, the United States, to respectfully request that the Court dismiss the complaint filed by NVS3T. The Department of Energy, National Nuclear Security Administration will take corrective action and establish a competitive range, which will include plaintiff NVS3T. The agency then will hold one or more rounds of discussions, request final revised proposals, and make a new award based on the revised proposals of the offerors.

Accordingly, the parties have agreed and respectfully request that Counts I, II, and III of the complaint be dismissed with prejudice, and that Count IV of the complaint be dismissed as moot.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| s/ Paul F. Khoury<br>PAUL F. KHOURY<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7000 (O)<br>(202) 719-7049 (F)<br>pkhoury@wileyrein.com | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/ Douglas K Mickle<br>DOUGLAS K. MICKLE<br>Assistant Director |
| Counsel of Record for<br>Nevada Site Science Support<br>and Technologies Corporation | /s/ Steven M. Mager<br>STEVEN M. MAGER<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Tele:  (202) 616-2377<br>Fax:   (202) 305-7643<br>steven.mager@usdoj.gov |
| Attorney for Plaintiff | Attorneys for Defendant |
| October 14, 2016 | October 14, 2016 |